# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>MARIA DE LA TORRE (1),<br><br>      Defendant. | CASE NO. 11CR2852-WQH<br><br>**JUDGMENT OF DISMISSAL** |

FILED AUG 0 9 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) on the Information of:

21:952 and 960

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/9/11

                   _____
                   LOUISA S PORTER
                   UNITED STATES MAGISTRATE JUDGE

                 ENTERED ON _____